**Opinion issued December 19, 2017**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-17-00031-CV**

————————————

**DOV K. AVNI, Appellant**

**V.**

**HARRIS COUNTY APPRAISAL, Appellee**

On Appeal from the 215th District Court
Harris County, Texas
Trial Court Case No. 2016-65429

**MEMORANDUM OPINION**

Appellant's brief was originally due in March 2017. Appellant filed a brief that did not comply with the requirements of Rule 38.1. Appellee filed a motion to strike the brief. On October 12, 2017, this court struck the brief and ordered appellant to file a brief in compliance with the Rules of Appellate Procedure on or before

October 24, 2017, or the appeal would be dismissed. Appellant filed a motion to extend time to file his brief until November 22, 2017, but that date passed with no brief filed.

Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(c). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Caughey.